Michael E. Riley, Esquire
LAW OFFICES OF RILEY & RILEY
100 High Street, Suite 302
Mount Holly, New Jersey 08060
(609) 914-0300
Attorney for Defendant, John Schultz

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| vs. | : | Docket No.: 0312 1:16CR00431-1 |
| JOHN SCHULTZ | : | |

## CONSENT ORDER
### On behalf of the Defendant, John Schultz

PLEASE TAKE NOTICE that the undersigned counsel for the Defendant, John Schultz and Matthew Skahill, Assistant United States Attorney have consented to the following:

1. Defendant, John Schultz is currently under supervised release.
2. Defendant, John Schultz shall be permitted to travel to Puerto Rico on October 26, 2018.
3. Once in Puerto Rico, Defendant Schultz will leave the territory of the United States and cruise through several Carribbean Islands through and including November 12, 2018.

UNITED STATES ATTORNEY'S OFFICE

By: _____
Matthew Skahill, Esquire
Assistant United States Attorney

Dated: 9/18/2018

LAW OFFICES OF RILEY & RILEY

By: _____
Michael E. Riley, Esquire
Attorney for Defendant

Dated: _____

IT IS THEREFORE ORDERED, that John Schultz shall be permitted to leave the territory of the United States from October 26, 2018 through and including November 12, 2018 as stated above while on supervised release.

_____
Joseph H. Rodriguez, U.S.D.J.

Dated: September 19, 2018